Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

_____ District of Columbia

Intake _____ Division

Shatwaylla Michelle Youmans

Case: 1:21-cv-01381
Assigned To : Contreras, Rudolph
Assign. Date : 5/17/2021
Description: Pro se Gen Civ (F-DECK)

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Federal Motor Carrier safety Administration
Greyhound Inc.
Bus

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED
Mail Room
MAY 1 7 2021
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shatwaylla Youmans |
| Street Address | 7020 N 75th Ave Apt # 210 |
| City and County | Glendale, Maricopa |
| State and Zip Code | Arizona  85303 |
| Telephone Number | 623-202-2108 |
| E-mail Address | shatwayllamans@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

Name — Federal Motor Carrier Safety Administration

Job or Title *(if known)*

Street Address — 1200 New Jersey Avenue, SE

City and County

State and Zip Code — Washington, DC   20590

Telephone Number — 1-800-832-5660

E-mail Address *(if known)*

**Defendant No. 2**

Name — Greyhound Bus Inc.

Job or Title *(if known)*

Street Address — 2221 East Lamar Blvd. Suite 500

City and County

State and Zip Code — Arlington, Texas 76006

Telephone Number — 800-934-9300

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.  The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Shatwaylla Michelle Youman, is a citizen of the State of *(name)* Arizona .

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.  The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ .  Or is a citizen of *(foreign nation)* _____

2. If the defendant is a corporation

    The defendant, *(name)* Federal Motor Carrier Safety Administration , is incorporated under the laws of the State of *(name)* Washington D.C. , and has its principal place of business in the State of *(name)* Washington D.C. .

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Attached Additional pages

page 3 of 5

## B. The Defendant(s)

2. If the defendant is a corporation

Defendants(1) The defendant, (name) Federal Motor Carrier safety Administration, is corporated under the laws of the state of (name) Washington D.C. and has its principal place of business in the state of (name) Washington D.C. .

Defendants(2) If the defendant is a corporation The defendant, (name) Greyhound Bus Inc., is corporated under the laws of the state of (name) Texas, and has its principal place of business in the state of (name) Texas.

## C. The Amount in Controversy

The amount in controversy — the amount the plaintiff claims the defendant owes or the amount at stake — is more than $75,000, not counting interest and costs of court, because (explain):

The Amount in Controversy is more than $100 million dollars because I, Shatwaylla Michelle Youmans have been a total loss to herself; Life expectancies, such as single to Marry, other child or children to possible to or not too existance, Education to knowledge in Trust to in trust active and praticle applied methods to obtain such a practice,

Continued                                    page 3 of 5

C. The Amount in Controversy    (i)

to exist exceedingly in other areas of Knowledge to obtain an active physically ways of physics of Energy that would have not been contacted but misplaced to the unknown attraction to darkness leading nowhere only to a throbbing sensory of pain from the brain not charging those unknown receptors of one the (Alpha) human (female) shatwaylla Michelle Youmans this shatwaylla Youmans is a body of that body is a brain than does not consists of what was, were, would, should, could, where, where at, where to, from, come, go, leave, stay, End.
   Choices, decisions, favorites, love, hate is nothing don't exist. Off is private in that darkness of unknown I had a life before that hateful day on 2/15/2014.
The hour of 11:00 pm 2/14/2014 Bills were due a fraudulant mortgage, in dispute with The State of Florida local Authorities in law Enforcement about that fraudulant mortgage - a home invasion of a drug sting operation of Operations at 8150 Justin Rd S. Jacksonville Florida 32210. A sink hole in the first bathroom of different Kinds of illegal drugs and millions of dollars in black garbage bags properly sealed

Continued  C. The Amount in Controversy (2)

Counted stacked bills and different Narcotics. People are in the attick and won't leave no matter how many times the police have been called to numerous break-ins to that home address. It's completely unsafe FBI was contacted in person in 2011 at the Miami Florida Office. A FBI Agent just took the verbal statement. No investigation, No progress and refused to state his name (white, male, blonde hair, thin tall about 6'2, 156 pounds in weight). I contacted two Attorneys Donna Ballman for representation of the wrongful termination at (ERC) Enhanced Recovery Corporation; she was paid #5,000.00 for 2009 EEOC complaint filed in 2010 in the state of Florida. Attorney Cezar of Miami Florida withdrawled in 2011 for lack of payment to continue the Foreclosure case. (FBI / Five Brothers) allowed and controlled Interseptions of my personal banking information to any bank are immediately to a NSF with fees to not have a checking account or money period to do nothing in pursuit of anything, From Jacksonville Florida Credit union when was working. No unemployment was being paid but # 40.00 3 times a moth for only one month totaled # 120.00.

Continued   C. The Amount in Controversy (3)

Donna Ballman withdrawled in 2012 for No continued pay of totaled $10,000.00 for suit to file on (EEOC/ERC) Enhanced Recovery Corporation. My house is worth $150,000.00, $115,000.00 covered by Liberty Mutual — Damages still in dispute because of the Negligence of FBI, local, and state Law Enforcement Authorties who, (FBI Federal Bureau Investigative and intelligence Agency). (FBI/Five Brothers) locked me out my house and placed myself and child on the streets to also impersonate myself and child as their deadly plagued trafficking drug dealers, for over 10 years to be exact it's 11 years as of April 2021.
— Wells Fargo Auto Finance 2007 Toyota Camry of Bad Faith Insurance Scams and Negligence of $40,000.00 paid by Shatwaylla Youmans definitely still in dispute of a manslaughter attempt, vehicular homicide of computer failures of motor vehicle and no lift of pressed brakes with or without mat. Still repossesed vehicle after the facts and rendered no punitive or monetary damages and I, Shatwaylla Youmans is still pursuing Wells Fargo Auto Finance gruesome vehicular Neglegence as (FBI/Five Brothers Technologies) sabotage my livlihood cases/claims.

III. Statement of Claim
     continued      (1)

1. Greyhound Bus Lines were not inspected by Federal Motor Carrier Safety Administration (FMCSA) Before promotion of new market and advertising of Harlem Globe Trotters, (An American exhibition basketball team) their innovative Bus invention.

1. At Night it's dark no lighting at Greyhound Bus Lines 515 NE 3rd St. Fort Lauderdale, FL 33301 outside on the location property.

2. No signs of directions to or from on property.

3. No visible employees for assistance

4. No security guards on premises/property.

5. No call box if locked outside for help. on premises

6. No call box if need inside help, on premises/property

7. Dangerous Entry to property not enough space for predestrians to make clear judgement decisionto enter if such a building or place of business.

8. Dangerous Exit from the property not enough space for pedestrians to make clear judgement of how to exit if such a building or place of building.

9. Dangerous distortions of vehicles at the property as their is no real true instructions or signs to avoid any incident or accident(s).

10. Dangerous pot holes of gravel pebbles on ground throughout property.

III. statement of claim
continued (2)

Greyhound Bus Lines Inc./(FMCSA)
Federal Motor Carrier Safety Administration
Numbered (1-10) in claim failed to sure
safety on and off the bus; around and
near the bus to buses for Greyhound Bus
Inc.

11. The smells of foul urine everywhere
sickening my stomach of deadly smells.
unclean property/premises.

12. The bus driver was unprofessional as
Routes were changed to his bus; where
the previous bus was not seen it just
drove off with No identification, No lights,
No signs, Only picked up whoever was
standing outside for 11:00pm bus departure
to St. Augustine Florida. Any bum or
illeagal immigrant can just board the bus
all the way to Mexico. No bags are checked
for any Asians/Foreigners as their luggage
is staped strapped in layers like Killos
of Dope; Asian/Foreigners just get in any
line and board the buses not even ticket
checked on any routes through the state
of Florida. The Asians/Foreigners always have
plastic taped Killos of luggage never inspected
at any Bus Route through the state of Florida

III. Statement of Claim
continued (3)

My suitcase was inspected and
was to be charged as I, Shatwaylla
Youmans had to throw personal belongings
(clothes, Towels, Blankets, Bible) in the
Trash for Safety travel. My suitcase
was Kept for boarding purposes. My, Shatwaylla
Youmans carry on was looked into before
boarding. The Asians/Foreigners also skips
lines and have a special Bus driver who,
Bus driver that will even call them by
name and change in Routes more than
(3) times on 95 south or 95 North
going back to Key West Loops the Driver
even in the Express ride Routes were
where of only less stops through Florida
straight 95 North. No u Turns. I, Shatwaylla
Youmans purchased the Express to St. Augustine
Florida. 4 hour ride was Not.

13.     Dangerous Dark Night outside on premises/
property of 515 NE 3rd st. Fort Lauderdale, FL
33301, Now (Midnight)  The Unprofessional
Bus Driver Did not check my ticket or my
child ticket said "stay in line and board the
bus", Dark Night can't see as their was
no stepping board My child was in front
of me, The Bus Driver left the bus

III. statement of claim continued (4)
unattended, Their was a creepy
person playing with the knobs on the
board placed behind side the driver
master control as their is a board control
near the steering wheel; The person
could reach into the driver control room
in front of the bus. As the creepy person
tried to kill me it waited as the
child safety was not negotiated either
while the creepy person still bothering the
knobs on the board; my child was
ahead of me on to the stairs. The
stairs started making a noise changing
patterns and movements then like a
Escalator a moving walkway and then a
moving staircase as the staircase
began changing tracks it catapult me
into the air like a projectile crash
dummy as the staircase changed tracks.
   I, Shatwaylla Youmans was presumably
off this planet Earth as my head hit
the ground after the air left the
bottom of my buttocks, my back spine
contorted while I can hear the back
of my skull crack to the softness felt
of my back brain signals mushy, to front
top of brain in darkness lifeless with my
eyes open shut off from life as my

III. statement of claim
continued (5)

my neck cracked and my left jawline and side mouth Knocked nerve loose ringing in pain and agony as my stomach ejecting itself to nauseau for vommit sending rhythm vibrations to my chest and brain as the rhythm stops their was slight pain from heart beat in rhythm biosphere to a ecosphere beats of no beat in time to time before time cut off. These things happened and are happening to me. Sharp pains racing and chasing themselves as I suffer the pains.

14.     The bus Driver still gone as I, shatwaylla Youmans laid lifeless on the ground of foul urine smells deadly that couldn't no longer be smelled, It's Dark the bus Driver could not see. Passengers who may have snuck on to the bus. people watched (on lookers) as I laid lifeless on the ground everybody just staired at me for a while no ambulance was called. After my cousin picked me up off the ground he helped me to a seat on to the bus I had no ticket and the bus was pulling off with my cousin still on the bus. The Bus Driver said "All aboard" about to drive off. My ticket was handed to me

III. Statement of Claim
Continued (6)

later on the bus by one of the
(on lookers). A mexican man wanted
my child to stay sitting with him
as the (on lookers) stated their together.
The child then switch seats across
Next to me as the bus was over full.

15. I, shatwaylla Youmans barely concious
and sick then arrived at the Orlando
FLorida bus terminal and reported the
Deficiency Report, I'm so sick and it's
so unsafe and numerous hours have passed
by. The Ambulance or 911 emergency
was not called for me in Fort Lauderdale, FL
so I, shatwaylla Youmans went to the
emergency room in St. Augustine FL.
Witness (1) my child, Bus Driver filled out form,
passengers were not consulted on my
behalf.

16. My child was not treated fairly but as a
stow away (minor child) left unattended
for hours her safety was compramised
in (FMCSA/ Greyhound Inc.) Negligence
anything could have happened to her or her
mental health. While the mother is unconcious
sick ill., and very stinky foul smelled.

continued ⟶

III. statement of claim
   continued (7)

17.   Greyhound Bus Inc./ (FMCSA) Federal
Motor Carrier Safety Administration
Numered (11-16) in claim failed to sure
safety on and off the bus; around and
near the bus to buses for Greyhound
Bus Inc.  At the Orlando Florida
Greyhound Bus Lines location (terminal)
There was NO inspection done on the
bus and their was NO customer service;
I was threatened by a strange man at
a potium who refused to let myself and
child enter into the place of business
for assistance as we just got off the
bus. He said" You think it's a long ride it
will be an even longer ride get back
outside and man your station"! "Don't you
have something you soppose to be doing".
     I, Shatwaylla Youmans stated "where
is the police". The strange dark man at
the lectern stated "The police should be
called on you hopping buses", I, Shatwaylla
Youmans stated " Where is the bus Driver?"
Another man comming down the hallway
from the front of the building stating " OH
sure what is this"? "Just who do you think
you are"? As the man gets closer it appears

III. statement of claim
    continued (8)

        he is wearing a police or security
uniform while continueing statement
" We're not going to book you yet or
arrest this thingy (my child) but we will".
        I, shatwaylla Youmans stated
" Where is the bus Driver"? , "I need to
file a complaint". The man in the
police or security uniform is a (white, male,
6'1, 168 pounds) Black fussed choppy cut hair), Stated
" You see no one works or working at
this hour". I, shatwaylla Youmans
still standing their turned and seen a
light where a Black women was standing
in a half window door room and I, shatwaylla
Youmans had to wave at the women to
see me for help; While the crooked Police
officer is asking the strange Dark man
stating" Do you want to press charges on
these people"? "Or Not"? The Lady was
ignoring me; I, shatwaylla Youmans could
barely speak getting sicker and more ill,
Then waving again at the Black woman
in a half window door room; I shatwaylla
Youmans began to walk off; The crooked
officer stated" So you're just going to leave
your trash (my child) with us"? The child (my child)

III. Statement of Claim

continued (9)

said nothing to anyone; (My child) walked off with me, Shatwaylla Youmans As I, Shatwaylla Youmans tried to explain someone tried to Kill me in Fort Lauderdale, Florida at 515 NE 3rd st. Fort Lauderdale Florida 33301 location; Premises of Greyhound Bus Station. The Bus Driver came where myself and child were and stated " These Passengers have a problem"? I, Shatwaylla Youmans stated, " Yes". The (on looker) stated " I'm not saying nothing but this not the child ya'll looking for". The Bus Driver stated "Give them any form to fill out". "And where he (on looker) went at", As the Bus Driver filled out a form also. The Bus Driver said" Did you get what you needed?" I, Shatwaylla Youmans stated " Nothing". The Bus Driver stated "My bus is now leaving". "Go through that area to the Gates". The Crooked Police Officer said " Be careful with those people they will be in Custody"! To the Bus Driver.

18.      When arrived at the Daytona Florida Greyhound Bus station it was almost a (3) hour delay; There were alot of Africans, Haitians everywhere sheltering the business.

III. Statement of Claim
   continued (10)


        The Africans/Haitians routed back
to 95 South Florida which were at the
Orlando Bus Station and the mob line
of same Africans/Haitians at the
Fort Lauderdale Bus Station 515
NE 3rd st. Fort Lauderdale, Florida 33301.
Departure at 9:30pm, 11:00pm leaving
95 North. (FMCSA) Federal Motor Carrier
Safety Administion/Greyhound Bus Inc.
Does not provide safety against Human
trafficking, drug smuggling, or Idenity Theft,
(FMCSA) Federal Motor Carrier safety
Administration/Greyhound Inc. Sabatoged
Myself/child confidentiality as Passengers in
The united states of America, Kidnapped
the child in the state of Phoenix Arizona
where Known Drug Dealers, Smugglers, Human
Traffickers, Criminals are smuggled/housed
sheltered, job placed illeagally in a transmitter
Data Base for Crooked cops that engage
in illeagal (cop gang) activity with certain
Hotels — Crossland Suite(s) Phoenix Arizona,
Motel 6 Phoenix Arizona, Homewood Suites Phoenix
Arizona. August 2018 (my child) was Kidnapped
by Drug Dealers at Cortez Highschool, Phoenix
Arizona (Liazon) Tish Jefferson (out lawed).

III. Statement of claim

continued ( II )

19. The District School Police for Cortez
Highschool contacted 3/26/2019 INC#
2019 - 506082, Ofc. Bell #8664, Sgt. Cosenza
#4726 (cop gang) activity. Reported
to Sgt Cline #5802, Sgt. McBribe #8259
(internal Affairs) professional standards
Bureau for phoenix Arizona Police Department
17 S 2nd Ave SW corner of Washington st.
in Phoenix, Arizona, Appoint was at
8:30Am (crooked cops) (cop gang) activity. I,
Shatwaylla Youmans have evidence to
believe Sgt Cline #5802 is in crimes with
the Jacksonville Florida drug ring, Human
Trafficking, Smuggling, and False imprisonment
of (minor child) to impersonate other plagued
illeagal immigrants through Greyhound Bus
Inc. Febuary 2020 and he said" I deleted
the recorded interview." " Will not except your
complaint".

20. The illeagal data transmitters Phoenix Arizona
police use are deadly; they (phoenix Police Officers
put phone numbers, in phone numbers to
idenity data of SIM cards to cell phones
to make you sick and invade your privacy
with dead people that sit/set in the data
as it's ghosts your current area of space
of HIV/Aids, plagues, sickness and diseases

III. statement of claim
   Continued (12)
            to imbody you and head talk
your brain and they will ghosts plague
your entire spaces of area and thinking;
Deadly dangerous against your will.

21.    (My child) phone Idenity was compromised
stolen from the Greyhound Bus station in
phoenix, Arizona in July 2018 from there
Data of false records impersonating (my child)
shatwaylla Youmans as plagued drug dealers
they conduct with throughout The United
States of America of all (Greyhound Bus Inc.)
(FMCSA) Federal Motor Carrier safety
Administration repeatedly is trying to kill
my child in Human Smuggling, Trafficking,
Drug Dealing as her idenity is known to
placed mob (cop gang) activity social services
of The state of Arizona. All the staff
for Maricopa County, Arizona has full
blown COVID19 of any year. (FMCSA)
Greyhound Inc. ruined my child livelyhood,
Kidnapped her, Smuggled of her Idenity
in Arizona have her held captive against
her will False imprisioned by Supenior
Court of Arizona in Maricopa County Juvenile
Court Administration 125 W Washington street
Phoenix, Arizona 85303 (602) 372-1680
Judge Kreamer, Judge Lisa Daniel Flores, and

# III. Statement of Claim
## Continued (13)

Commissioner Lori Ash, since 11, 7, 2018 at 10:45 Am, from Cortez Highschool 10/29/2018 by Olivia Dauma. (Drug Dealers) with (FMCSA) (Greyhound Bus Inc.)

22. These said Judges Joseph Kreamer, Lisa Daniel Flores, and Commissioner Lori Ash are responsible for the Negligences with and for (FMCSA / Greyhound Bus Inc.) in concpiricies to commit murder, further endangerment, loss of mental realization, of minor teenager, Further impersonate for plagued illeagl aliens and immigrants brain power and kill the child body of her body of deadly people who will try to co-exist the her (human being). (My child) is false imprisoned at HIV/Aids infested group home(s) for the well being of the illeagal plagued deadly drug dealers, that are also Deadly staffed by (FMCSA / Greyhound Bus Inc.) in the United States of America.

23. (FMCSA / Greyhound Bus Inc.) knew the Organized crime of Florida state, and phoenix, Arizona would work it's successful Organized Drug Smuggling, Human Trafficking, and False imprison as hate to persons not plagued of H/V/Aids syndromes.

III. Statement of Claim
    Continued (14)

24.        ( FMCSA / Greyhound Bus Inc.) stole
(my child) thinking cap; so predators can
eat her in brain cells and injured the
child nerve cells to her eyeballs of to
much communicating neurons in pain and
suffering; while also injuring finger to illeagily
medicate false perscriptions to kill her
in experiments of neurotransmissions of
deadly people and their variants in HIV/Aids
syndromes of illeagal aliens. I; Shatwaylla
Youmans would not have allowed such
experiments of dead unknown people
from the Father illeagal Acts, activities
for and with ( FMCSA Greyhound Bus Inc.)
Drug Dealing - Organized crime for Atlanta GA
also.

25.      Department of Transportation has been reported
as No investigations have ever been done
sent To (FTC) Federal Trade Commission
about Secretary of Department of Transportation
Elaine Chao on 7/24/2020.


        The acts or omissions caused or
contributed to the cause of the plaintiff's
injuries by ( FMCSA / Greyhound Bus Inc.)
                continued  ⟶

The Acts or Omissions caused or
contributed to the cause of the
plaintiff's injuries by (FMCSA/Greyhound Bus Inc.)
continued (1)

1.   (FMCSA/Greyhound Bus Inc.) Promoted
a new market line of (Coach Buses) and
advertised Harlem Globe Trotters; said
     (An American exhibition basketball team)
their innovative Bus invention. Advertised
throughout Greyhound Fort Lauderdale,
Florida station - 515 NE 3rd St. Fort
Lauderdale, FL 33301 (Midnight) 2-15-2014 (only)
Greyhound Bus Lines used, Shatwaylla
Michelle Youmans as a (crash dummy)
on the night of 2-15-2014; The Greyhound
Bus departure, Express to St. Augustine,
Florida was at 11:00pm it was changed
on purpose of (An American exhibition
basketball team, Harlem Globe Trotters) their
(Test run) innovative Bus invention., at
12:00 am (Midnight). (4) hour bus ride
was not. Myself, Shatwaylla Youmans, and
(my child) did not arrive in St. Augustine
Florida untill 8:00 am; and we, Shatwaylla
Youmans and (my child) were never the same
in our personal journey(s) in life. After
the attempted murder to Shatwaylla
Youmans, Idenity theft(s) of Mother

The Acts or Omissions caused or
Contributed to the cause of the
Plaintiff's injuries by (FMCSA/Greyhound Bus Inc.)
continued (2)

child, Britney K. Lafrance, as a
(stow away) plagued illeagal immigrant,
Human trafficking Haitian / African
drug dealer from specified and unspecified
(FBI) illeagal drug training(s) and operations
of illeagal drug trafficking and deadly
harmful plagues of these said tribes
of Haitians / Africanc(s) illeagal trafficked
throughout The united states of America.
child, Britney K. Lafrance idenity was
stolen and therefore Kidnapped out of
unauthorized data from Greyhound Bus Inc.
on August 2018 at Crossland Phoenix Arizona
Hotels, Motel 6 Phoenix Arizona, Homewood Suites
Phoenix Arizona from her, Britney K. Lafrance
cell phone - (SIM card). and caused her serious
injuries of threats of violence, physical harm,
illeagally false imprisoned as though a said
migrant and illeagal alien plagued drug dealing
slave, mental health - caused of to much
interfearence of neuro transmissions of
communications of dead, deadly people
in bandwith of cellular idenity to pose
ghostly transports of variants to pose
imbodied threats to the body and brain.

The Acts or Omissions caused or
contributed to the cause of the
Plaintiff's injuries by (FMcsA/Greyhound Bus Inc.)
continued ( 3)
                which can also cause eye injuries,
blurred vision or specs in the eye.
Loss of realization, reality, what was
or what is (depression sustained) torture
from unauthorized leagal personell to
obtain such a file if such a file granted
and leagally approaved in all it's (True).
Britney K. Lafrance is held captive by
illeagal slaves, Drug ported trafficked,
(misplaced innocent human being) by
Greyhound Bus Inc./(FMcsA)
Organized crime. Judge Joseph Kreamer,
Judge Lisa Daniel Flores, Commissioner
Lori Ash. The state Attorney Generals office
for Arizona. The Arizona State Bar.
Britney K. Lafrance does not, did not
have chosen proper leagal representation
for being Trafficked and Kidnapped in
Phoenix Arizona. while still suffering bodily harm.

2.      When the Bus Driver for Greyhound
left the bus unattended A creepy
person was playing with the Knobs on
a gear boord that is placed behind
the Driver seat in a Board room for
the Bus Driver, it was a very cool

The Acts or Omissions caused or
contributed to the cause of the
Plaintiff's injuries by (FMCSA/Greyhound Bus Inc.)
continued (4)

brand new Coach Bus with Black
leather seats, very comfortable, a lot
of leg room for a table to be placed
in front of you. the isles are very
large it may be (3) the front of the
bus to turn, the main isle, the side
isle through the seats as a open doorway,
The front of the bus open as another
wide doorway for entry/exit. Although
the lights were turned off. The lights
from anything outside shine through a
slight to glare on that brand new
Coach Bus (innovative) with robotic tech
gears that (FMCSA/Greyhound Bus Inc.)
refused any Knowledge of safety or danger
that Coach Bus can cause to anything., or
anybody. No investigation was done. As I,
Shatwaylla Youmans heard noises "come
on, go" with mechancial oiled soft robotic
changes the stairs robotically seperated
themselves folded down to seperate levels
to level on to the ground as I, Shatwaylla
Youmans began to step on to the first
metal staircase too the second metal
stairs to the robot staircase, then try

The Acts or Ommissions caused or
contributed to the cause of the
Plaintiff's injuries by (FMCSA/Greyhound Bus Inc.)
continued (5)

to the third metal stairs to the
staircase and the gears shifted and
removed the levels of the staircase
catapulting shatwaylla Youmans flying
in the air backwards like a (crash dummy)
to the ground slamed out of any gravity
my hips-right side injured, lower buttocks
injured with air comming out of my buttocks
when hit the ground, lower back injured
near spinal bifita of torn inflamated tissues,
that stick out and can be seen very
unattractive with clothes worn and unworn
(naked) across my buttocks backside,
inner thigh(s)of nerve damaged tissue
injured, not easy to bend and sit, or squat.
or stand long periods at a time, my neck
snapped, popped causing tremendous tension
not able to turn head right or left or held
back not able to twirl around and around
again or held forward as there is a pause
paralization before motion to do so.
My shoulders are in pain left or right side.
Not easy to lift objects. My head, back head
hit the ground my skull cracked to the
softness of my brain very mushy sending

The Acts or Omissions caused or
contributed to the cause of the
Plaintiff's injuries by (FMCSA/Greyhound Bus Inc.)
continued (6)

       pain signals to the front of my
brain cutting life off, my eyes open shut
closed with everything at rest not a live
while my jawline in severe pain of nerve
damaged to the right side mouth where
teeth can't work properly when chewing
and the pain from the chin to the mouth
ring in pain sensations all day and at
night sending pain signals to the side face
to the top of my head of sharp pain
nerves racing to catch the other blood
sensory in the head. The entire head
does not consists the brain power it
does the brain? Or the brain doesn't brain.
The brain stays in severe pain unwanting
of use to do to do when use to do when
do to want to do. A great pause of
time lapse. Then time is only time
lapse. clockwise or counterclockwise time is
not that time. Only grim dark shadows of
death in destitution in a place unforgiven
of those demons, ghosts all day all night
of time not in time forgotten. Very ugly
darkness, Then head pain and demons in their
death talk stupid as uglyness fades away.

The Acts or Omissions caused or contributed to the cause of the Plaintiff's injuries by (FMCSA/Greyhound Bus Inc.) continued (7)

My, Shatwaylla Michelle Youmans head hurts now constant pain, headaches, teethache, vision discomfort, mental psychosis of receptors that just want to not do it's process.

3. Constant pain of head injury caused mental Health disorder and had me, Shatwaylla Youmans (Baker Act) at Regions Behavorial Health in Jacksonville Florida. (Psychiatric)

4. Constant pain of head injury metaphysical discomfort, Neuro physical of imbalances from damaged head injuries.

5. Constant head injuries, physical disabilities caused by injuries by (FMCSA/Greyhound Bus Inc.) have Shatwaylla Youmans filed Social Security at Social Security Administration (SSA) for SSI/SSDI/SSIBI. The (SSA) has been a constant threat to my survival, I, Shatwaylla Michelle Youmans can't work because (FMCSA/Greyhound Bus Inc.) tried to kill me and stole/Kidnapped Britney K. Lafrance my daughter. I, Shatwaylla Michelle Youmans was left outside for dead After (FMCSA/Greyhound Bus Inc.) Drug Dealing Hitman/(Alien Haitian) tried to kill me; Homeless for (7) years (FMCSA/Greyhound Bus Inc.) caused.

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* 2/15/2014 , at *(place)* Greyhound Bus Lines 515 NE 3rd st. Fort Lauderdale, FL 33301 ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

(2) Federal Motor Carrier Safety Administration are failures. (1) Greyhound Bus Lines were not inspected by (FMCSA) before, during, after, and periodically regulated and assured of such safety scores → continued Attached

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

(FMCSA / Greyhound Bus Inc.) ——→ continued Attached

### IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

At this present time since the Hitman/Hit and run that (FMCSA/Greyhound Bus Inc.) left shatwaylla Youmans outside without medical attention for dead., While also Torturing myself, shatwaylla Youmans and child, Britney Lafrance for (experiments)

——→ continued Attached

# IV. Relief (1)

1.  For using Shatwaylla Michelle Youmans, as a (Test), (crash dummy) for Greyhound Bus Inc. with (FMCSA)- Federal Motor Carrier Safety Administration and leaving her anywhere for dead as, she, Shatwaylla Michelle Youmans hasn't ever been slame since the horrible murder attempt on her life as a United States of America leagal citizen. The Punitive damages In relief are $100, million dollars. in claim.

2.  For using Shatwaylla Michelle Youmans in threats of violence of mental Health for seek of income by the (SSA) Social Security Administration on a income of threats of further homeless for Britney K. Lafrance, daughter of Shatwaylla Michelle Youmans and Shatwaylla Michelle Youmans the first Fraudulant check by (SSA) wasn't provided untill June 1, 2018 for a one time payment $3,000.00. To recieve SSI, SSDI, SSIBI, is a terrible tremendous struggle. They just stop check. my child is Kidnaped and homeless, Britney K. Lafrance because of negligence by (FMCSA/Greyhound Bus Inc.) The Punitive damages In relief are $100, million dollars, in claim

continued →

IV. Relief (2)

3. For using Shatwaylla Michelle Youmans as a (Test), (Crash dummy) for Greyhound Bus Inc. with (FMCSA) - Federal Motor Carrier Safety Administration and leaving her for dead anywhere without proper medical attention Resources for Health insurance Burden to any medical establishment for the purposes thereof to damages to Shatwaylla Michelle Youmans body from the top of her, Shatwaylla Michelle Youmans head to the bottom of her, Shatwaylla Michelle Youmans feet to have not such a medical Health insurance that covers all Shatwaylla Michelle Youmans medical needs. In Relief of Actual damages are # 200 million dollars in claim.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     5 - 10 - 2021

Signature of Plaintiff     *Shatwayla M Youmans*

Printed Name of Plaintiff     *Shatwaylla Michelle Youmans*

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____


UNITED STATES
POSTAL SERVICE


1000   20001


U.S. POSTAGE PAID
FCM LG ENV
PHOENIX, AZ
85026
MAY 10 21
AMOUNT

**$8.25**
R2304E107492-44

CERTIFIED MAIL

7021 0350 0000 1012 8200

Shatwaylla Youmans
7020 N 75th Ave Apt #210
Glendale, AZ  85303

United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001
Room 1225

NON-MACHINABLE